AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Susan Fairchild   Telephone: (313) 226-9577
Officer: Katrina G. Fuller   Telephone: (315) 567-5469

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Armando HERNANDEZ DIAZ

Case: 2:25-mj-30686
Assigned To : Unassigned
Assign. Date : 11/10/2025 Description: CMP
USA v Hernandez Diaz (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 6, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Katrina G. Fuller, Customs and Border Protection
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 10, 2025__

City and state: Detroit, MI

_Judge's signature_

Anthony P. Patti , U.S. Magistrate
_Printed name and title_
Judge

# AFFIDAVIT

I, Katrina G. Fuller, being duly deposed and sworn states:

1. I am an Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with the same for over five years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received training in this area.

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. The defendant, Armando HERNANDEZ DIAZ is a 20-year-old male native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected, or paroled into the United States by an immigration officer.

4. On or about August 19, 2024, HERNANDEZ DIAZ was arrested by U.S. Border Patrol and processed as an Expedited Removal pursuant to Section 212(a)(7)(A)(i)(I), of the Immigration and Nationality Act (INA), as amended. He was removed from the United States to Mexico on August 21, 2024. At the time he was given notice of a 5-year ban on re-entry.

5. On November 6, 2025, at approximately 0856 pm, HERNANDEZ DIAZ was encountered by CBP at the Detroit Fort Street Cargo Facility in Detroit, Michigan when he made a wrong turn, not intending to travel to Canada on his way back to his residence in River Rouge, Michigan. He was encountered by CBP officers at the primary booth, traveling with one other person. He and the other occupant of the car were escorted to the secondary inspection area for immigration status checks.

6. In the secondary inspection area HERNANDEZ DIAZ's fingerprints were queried through the Automated Fingerprint Identification System (IDENT)

and the Integrated Automated Fingerprint Identification System (IAFIS) which resulted in matches to Fingerprint Identification Number (FIN) 136704XXXX and FBI number D0K5KXXXX, which corresponds to the prior immigration arrest and removal noted above.

7. A system query was conducted of HERNANDEZ DIAZ through the Enforce Alien Removal Module (EARM), which is an immigration database maintained by DHS that contains information of aliens who have been removed from the United States. During that search I found HERNANDEZ DIAZ to be a match to Alien File 249411XXX, as well as the immigration arrest and removal noted above.

8. A system query was conducted of HERNANDEZ DIAZ through the Central Index System (CIS) and Computer Linked Application and Information Management System (CLAIMS). These databases are maintained by DHS and contain information relating to application for relief and immigration benefits. After reviewing the records for HERNANDEZ DIAZ and all queries of Department of Homeland Security databases, I was able to confirm that no record exists of HERNANDEZ DIAZ obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States.

9. A system query of HERNANDEZ DIAZ through the Consular Consolidated Database (CCD), which is a database maintained by the U.S. Department of State which contains passport and visa applications and records. No record was found of HERNANDEZ DIAZ ever having applied for or received a U.S. visa of any kind or classification.

10. A system query of HERNANDEZ DIAZ in TECS, which is a U.S. government database that contains information about all persons who arrive in the United States at designated ports of entry and apply for admission. No record of HERNANDEZ DIAZ was found ever lawfully arriving or being inspected, admitted, or paroled to the United States by a U.S. border official.

11. On November 6, 2025, HERNANDEZ DIAZ was arrested and detained by CBP for administrative proceedings and Reinstatement of the Prior Order of Removal against him pursuant to Section 241(a)(5) of the INA.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United Sates, or alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Based on the foregoing, I believe there is probable cause that, on or about November 6, 2025, at or near Detroit, Michigan, in the Eastern District of Michigan, Southern Division, Armando HERNANDEZ DIAZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 21, 2024, at or near San Louis, Arizona and not having obtained the express consent of the Attorney General or Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Katrina G. Fuller
Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Anthony P. Patti
United States Magistrate Judge

November 10, 2025